IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

18 MAR 29  PM 1: 26

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

MICHAEL RUBIN, ON BEHALF OF     §
HIMSELF AND ALL OTHERS          §
SIMILARLY SITUATED,             §
                    PLAINTIFF,  §
                                §
                                §
V.                              §
                                §
                                §
AMPLIFY SNACK BRANDS, INC.,     §     CAUSE NO. 1:18-CV-14-LY
THOMAS E. ENNIS, JEFFREY S.     §
BARBER, WILLIAM DAVID CHRIST    §
II, BENEDICT CLARKE, CHRIS      §
ELSHAW, ANDREW S. FRIEDMAN,     §
JOHN K. HALEY, DAWN E.          §
HUDSON, AND PAMELA NETZSKY,     §
                    DEFENDANTS.  §

## FINAL JUDGMENT

Before the court is the above-numbered cause of action.  On March 26, 2018,

Plaintiff Filed Notice of Voluntary Dismissal (Dkt. No. 7), which the court has reviewed

and now approves.

As nothing remains to resolve, the court renders the following Final Judgment

pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **DISMISSED** with prejudice as to Plaintiff

Michael Rubin.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice as

to the claims of the putative class action.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 29th day of March, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE